**GERALD R. BUBLITZ – ISB# 7562**
**JESSICA B. BUBLITZ – ISB# 6649**
**JOSHUA D. WETZEL – ISB# 9688**
**BUBLITZ LAW, P.C.**
**604 NORTH 16TH STREET**
**BOISE, IDAHO 83702**
**Telephone: (208) 344-5500**
**Facsimile:  (208) 343-6104**

Attorneys for Defendant

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:17-cr-00245-BLW |
| Plaintiff, ) | |
| ) | **NON-OPPOSED MOTION** |
| vs. ) | **TO CONTINUE** |
| RAY PERALES and ) | |
| RICARDO RENTERIA-CASTILLO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW, the Defendant, RICARDO RENTERIA-CASTILLO, in the above-entitled action, by and through his attorney of record, Gerald R. Bublitz of the firm Bublitz Law, PC, and does hereby motion the Court for an Order continuing the Jury Trial in this matter. The Jury Trial is scheduled to begin on the 30th day of October, 2017. This Motion is made on the following grounds:

1. Christopher Attwood, Assistant United States Attorney, has been contacted and has no objection to the continuance.

2. Craig Durham, Counsel for Ray Perales, has been contacted and has no objection to the continuance as his client has not yet made an initial appearance.

3. Defense Counsel for Ricardo Renteria-Castillo is set to be in trial on the date

   currently set for this matter.

4. Defense Counsel has recently received discovery and needs additional time to review it with the Defendant and an interpreter and to prepare for trial.

A continuance of approximately **sixty (60) to ninety (90) days** from the present trial setting of October 30, 2017 would be reasonable and necessary, and necessary for counsel to provide constitutionally effective assistance of counsel, given the complexities of this case and the current plea negotiations.

A continuance is warranted under 18 U.S.C. §3161(h)(8)(B)(iv) which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant…the reasonable time necessary for effective preparation…" Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the Defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161 (h)(8)(A).

Defendant <u>also</u> requests a continuance of the <u>Motions Deadline</u>, on the same grounds as set forth above.

DATED this 10th day of October, 2017.

                          **BUBLITZ LAW, P.C.**

                          /s/
                          GERALD R. BUBLITZ
                          Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 10th day of October, 2017, I filed the forgoing electronically through the CM/ECF system, which caused the following people to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Christopher S. Atwood
US Attorney's Office
Washington Group Plaza IV
800 Park Blvd., Suite 600
Boise, ID 83712

Craig Durham
Ferguson Durham, PLLC
223 N. 6th St Suite 325
Boise, ID 83702

                                                /s/
                                              Amy McKenzie
                                              Legal Assistant